UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. SYLVIA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF TAUNTON, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 03-10359-MEL |

## [~~PROPOSED~~] JUDGMENT

The Court hereby enters judgment for the Plaintiffs as follows:

1. Defendant shall pay to each Opt-In Plaintiff employed or formerly employed in the Taunton Nursing Home overtime pay and liquidated damages in the amounts listed under the heading Taunton Nursing Home in Attachment A, less applicable withholdings, within two weeks of entry of Judgment.

2. Defendant shall pay to each Named Plaintiff and each Opt-In Plaintiff employed or formerly employed in its Department of Public Works - Sewer Division overtime pay in the amounts listed under the heading Sewer Department in Attachment A, less applicable withholdings, within two weeks of entry of Judgment.

3. Defendant shall pay to each other Opt-in Plaintiff the amount listed on Attachment B, less applicable withholdings, within two weeks of entry of Judgment.

4. Defendant shall pay costs of the action and a reasonable attorneys' fee, in an amount to be agreed upon by Defendant and Plaintiffs' counsel, or if no agreement can be

reached as to the amount, in an amount to be determined as reasonable by this Court pursuant to a fee petition in accordance with 29 U.S.C., sec. 216(b).

Dated: December 19, 2006

_____
Hon. Morris E. Lasker

| Name | | | |
|---|---|---|---|
| Cheryl Allen | $ 5.20 | $ 2.60 | $ 25.00 |
| Pat Burchell | 21.08 | 10.54 | 31.62 |
| Maria Borges | 431.27 | 215.63 | 646.91 |
| Virginia Bryan | 2,933.82 | 1,466.91 | 4,400.73 |
| Eleanor Cambra | 78.46 | 39.23 | 117.69 |
| Edmundo Correia | 295.35 | 147.67 | 443.03 |
| Robert Correia | 132.17 | 66.08 | 198.26 |
| Helen Dukacz-Evans | 2.52 | 1.26 | 25.00 |
| Lina Espinola | 381.61 | 190.80 | 572.42 |
| Sonia Garcia | 445.45 | 222.72 | 668.18 |
| Debra Gray | 160.44 | 80.22 | 240.66 |
| Phyllis Harrahy | 1.14 | 0.57 | 25.00 |
| Sherry Harnois | 146.95 | 73.47 | 220.43 |
| Ann Jackson | 234.22 | 117.11 | 351.33 |
| Claire Kerrigan | 12.12 | 6.06 | 25.00 |
| Linda Lehouillier | 770.96 | 385.48 | 1,156.44 |
| Mary Jane McCoy | 416.46 | 208.23 | 624.69 |
| Nicolina Michaels | 982.73 | 491.36 | 1,474.10 |
| Marjorie Murphy | 194.32 | 97.16 | 291.48 |
| Penelope Murphy | 88.37 | 44.18 | 132.56 |
| Roberta Newcomb | 434.47 | 217.23 | 651.71 |
| Sheryl Smith | 60.52 | 30.26 | 90.78 |
| Carolyn Sousa | 303.23 | 151.61 | 454.85 |
| Mary St. Germain-Henney | 1,072.59 | 536.29 | 1,608.89 |
| Robbin Wilson | 18.85 | 9.42 | 28.28 |
| | | | |
| **TOTALS** | **9,624.30** | **4,812.15** | **14,505.04** |
| | | | |
| **Sewer Dept** | | | |
| Alan Badejo | 609.53 | 304.77 | 914.30 |
| Lawrence Burgo | 1,296.35 | 648.18 | 1,944.53 |
| Gordon Fernandes | 3,71 | 1.85 | 25.00 |
| Richard Frates | 226.14 | 113.07 | 339.21 |
| Russell Simmons | 205.96 | 102.98 | 308.94 |
| Kevin Sullivan | 427.40 | 213.70 | 641.10 |
| Joseph Sylvia | 1,370.51 | 685.26 | 2,055.77 |
| Wayne Sylvia | 646.57 | 323.29 | 969.86 |
| | | | |
| **TOTALS** | **4,786.17** | **2,393.10** | **7,198.71** |

| NAME | Department | Notes |
|---|---|---|
| Fredrick J. Caiozzo | Park, Cem. & PG | $100 |
| George L. Dietzler | Park, Cem. & PG | $100 |
| Kevin E. Laffan | Park, Cem. & PG | $100 |
| Michael W. McGlynn | Park, Cem. & PG | $100 |
| Tim McGlynn |  | $100 |
| Jose Molina | Park, Cem. & PG | $100 |
| Jeffrey A. Riccitelli | Park, Cem. & PG | $100 |
| Joseph Serpa, Jr. | Park & Rec. Dept | $100 |
| John Henry Terry | Park, Cem. & PG | $100 |
| Lionel Vieira | Park, Cem. & PG | $100 |
| William M. Wisz, Jr. | Park, Cem. & PG | $100 |
| Donald L. Adams | DPW-Street | $100 |
| Robert Andrade | DPW-Street | $100 |
| James Bennett | DPW-Street | $100 |
| James Burgo | DPW-Streets | $100 |
| Eric A. Corey | DPW-Street | $100 |
| Glenn Cormier |  | $100 |
| Glenn A. Deane | DPW-Streets | $100 |
| Robert DeCosta | DPW-Street | $100 |
| Paul D. Gagne | DPW-Street | $100 |
| William A. Greenough | DPW-Street | $100 |
| Myles LaBrode, Jr. | DPW-Street | $100 |
| John Lawrence | DPW-VMD | $100 |
| George L. Nichols | DPW-Street | $100 |
| Vicki Nichols |  | $100 |
| David Everett Phillips | DPW-Street | $100 |
| Robert Pirozzi | DPW-Street | $100 |
| Paul S. Pittsley | DPW-Street | $100 |
| Michael Prado |  | $100 |
| Wendall B. Presbrey Jr. | DPW-Street | $100 |
| Everett W. Rebello | DPW-Street | $100 |
| Steven Edward Riamsi (?) |  | $100 |
| Richard R. White | DPW-Street | $100 |
| Lynne Williams |  | $100 |
| Thomas Stay Wilson | Street Dept | $100 |
| John M. Baptiste | DPW-Water | $100 |
| Paul Anthony Baptiste | Water Dept | $100 |
| Christopher Burns | Water Dept | $100 |

| Brian Cornaglia | DPW-Water | $100 |
|---|---|---|
| Diana L. Coyne | DPW-Water | $100 |
| Manuel S. Camelo, Jr. | DPW-Water | $100 |
| Joseph N. DeMoura | DPW-Water | $100 |
| Robert DeMoura | DPW-Water | $100 |
| Joseph P. Fleck, Jr. | DPW-Water | $100 |
| Richard Frates | DPW-Water | $100 |
| Maureen L. Lacasse | DPW-Water | $100 |
| August Loura | DPW-Water | $100 |
| Edward F. MacLean | | $100 |
| Charles J. Moniz, Jr. | DPW-Water | $100 |
| Michael J. McClellan | DPW-Water | $100 |
| Wayne McDonald | DPW-Water | $100 |
| Edward T. McGaughran, Jr. | DPW-Water | $100 |
| David McGlynn | DPW-Water | $100 |
| Randal W. Moniz | DPW-Water | $100 |
| William S. Orcutt | DPW-Water | $100 |
| David A. Pimental, Jr. | DPW-Water | $100 |
| Peter J. Rodriquez | DPW-Water | $100 |
| Paul St. Martin | Water Dept | $100 |
| Debra Terra | DPW-Water | $100 |
| Michael P. Trucchi | DPW-Water | $100 |

| Michael Steven Reynolds | | $100 |
|---|---|---|

| Leonard C. Gaudette | Cemetery | $25 |
|---|---|---|

| Patricia J. St. George | City Clerk | $25 |
|---|---|---|

| Jean M. Costa | Clerical | $25 |
|---|---|---|
| Jennifer Lynn Leger | Clerical | $25 |
| Lisa A. Nolette | Clerical | $25 |

| Kenneth G. Avilla | DPW-Bldg. | $25 |
|---|---|---|
| Steven Edward Bianchi | Building Dept | $25 |
| Keith Cwiekowski | DPW-Bldg. | $25 |
| Paul DeCost | DPW-Building | $25 |
| Mary Margaret Delgado | | $25 |
| Francisco DeFaria | DPW-Building | $25 |
| Michael J. Donnelly | | $25 |
| Richard J. Furtado | DPW-Bldg. | $25 |

| Name | Department | Amount |
|---|---|---|
| David B. Igargiola | DPW-Bldg. | $25 |
| Robert B. Kullas | DPW-Building | $25 |
| Steven A. Orsini | DPW-Bldg. | $25 |
| William C. Olson | | $25 |
| Donald Paquette | DPW-Bldg. | $25 |
| Thomas A. Pestana | DPW-Bldg. | $25 |
| Kirby H. Sessums | DPW-Bldg. | $25 |
| David Bruce Siedentopf | | $25 |
| Robert C. Spearin, Jr. | | $25 |
| Michelle L. Sylvain | DPW-Bldg. | $25 |
| Gwendolyn A. Borden | DPW-Engineering | $25 |
| John F. Moniz | Library | $25 |
| Denise J. Paiva | Planning/Zoning | $25 |
| Richard A. Paiva | Police | $25 |
| Stephen Green | School Dept. | $25 |
| Shelia A. Greenough | | $25 |
| Priscilla Duarte | Treasurer | $25 |
| Anne-Marie Allen | TNH | $25 |
| Rhonda J. Anderson | | $25 |
| Darlene Andrade | | $25 |
| Cecilia Arbour | | $25 |
| Maura B. Boone | TNH | $25 |
| Debra A. Boyer | | $25 |
| Elaine Brillo | | $25 |
| Regina Brown | | $25 |
| Gilbert Cabral | | $25 |
| George W. Carvalho | | $25 |
| Jon R. Chase | | $25 |
| Kimberly DeJesus | | $25 |
| Susan Desmarais | | $25 |
| Marilyn M. Dubois | | $25 |
| Melissa Dubois | | $25 |
| Debra R. Dunn | | $25 |
| Steven M. Dutra | | $25 |
| Virginia C. Fonseca | | $25 |
| Antoinette Gadry | | $25 |

| | | |
|---|---|---|
| Regina Harris | | $25 |
| Heather Julio | | $25 |
| Dyan J. Lehouillier | | $25 |
| Antonio C. Loura | | $25 |
| Victor F. Machado, Sr. | | $25 |
| Antonio Manuel Martins | | $25 |
| Eduina Maria Martins | | $25 |
| Sonya Mendes | | $25 |
| Kleanthi Mici | TNH | $25 |
| Theresa Nichols | TNH | $25 |
| Hershel Poe III | TNH | $25 |
| Claire F. Rivard | TNH | $25 |