UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. SYLVIA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF TAUNTON, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 03-10359-MEL |

## SUPPLEMENTAL JUDGMENT

On joint motion of the parties, the Court hereby supplements the Judgment entered on December 19, 2006 as follows:

Pursuant to the provision in the Judgment, ¶ 4, it is hereby ordered and adjudged that Defendant shall pay the sum of $18,150.00 as the costs of the action and reasonable attorneys' fee under 29 U.S.C., § 216(b).

_____
Morris E. Lasker
United States District Judge

Date: January 16, 2007

DWLIB 207372v1
3332/00